UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROOSEVELT GLENN, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. C12-1940-MJP-JPD <br><br><br> REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 28.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings, including a new hearing and new decision. On remand, the administrative law judge shall: 1) update the treatment evidence on plaintiff's medical conditions applicable to the relevant period from January 15, 2006 through February 25, 2010; 2) further evaluate plaintiff's depression and obesity; 3) further evaluate plaintiff's subjective allegations; 4) further evaluate the medical evidence including the

REPORT AND RECOMMENDATION
PAGE - 1

opinions from the Washington State Department of Social and Health Services; 5) reassess plaintiff's residual functional capacity prior to February 26, 2010; 6) continue with the remaining steps of the sequential evaluation, obtaining supplemental vocational expert evidence regarding the erosion of the occupational base caused by plaintiff's assessed limitations, if necessary.  The ALJ shall not disturb or reopen the partially favorable decision finding plaintiff disabled beginning February 26, 2010.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d).  A proposed order accompanies this Report and Recommendation.

DATED this 9th day of September, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge